IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

RECEIVED
JUL 1 4 2025
U.S.C.A. 3rd. CIR

EUGENIO ANDINO-HERNANDEZ,                    :
                                             :
                     APPELLANT               :
V.                                           :   C.A. NO. 25-2074
                                             :
                                             :
MS. MASON, ET AL,                            :
                                             :
                     APPELLEE                :

MOTION FOR LEAVE TO FILE AN OUT-OF-TIME IFP APPLICATION
AND
MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR APPELLANT


TO THE HONORABLE JUDGES OF THE SAID COURT:

COMES NOW, the Appellant, Eugenio Andino-Hernandez, pro se, in a motion for leave to file an out-of-time informa pauperis application and motion for extension of time to file a brief for appellant and represents that:

(1) - I am an indigent pro se litigant incarcerated in the Pennsylvania prison system who cannot understand, read, write, or fluently speak English.

(2) - This motion is filed with the assistance of a fellow English speaking inmate.

(3) - On June 6, 2025, an administrative order issued directing Appellant to pay a federal filing fee or an application for leave to proceed in forma pauperis on or before June 20, 2025.

(4) - The clerk's office provided Appellant with a blank IFP application which required him to have the Accounting Department at SCI-Mahaony certify his current inmate account balance and provide a certified copy of his prison trust fund account for the past six months.

(5) - The Accounting Department at SCI-Mahanoy did not process Appellant's

IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

RECEIVED
JUL 1 4 2025
U.S.C.A. 3rd. CIR

EUGENIO ANDINO-HERNANDEZ,           :
                                    :
                    APPELLANT       :
V.                                  :   C.A. NO. 25-2074
                                    :
                                    :
MS. MASON, ET AL,                   :
                                    :
                    APPELLEE        :

MOTION FOR LEAVE TO FILE AN OUT-OF-TIME IFP APPLICATION
AND
MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR APPELLANT

TO THE HONORABLE JUDGES OF THE SAID COURT:

COMES NOW, the Appellant, Eugenio Andino-Hernandez, pro se, in a motion for leave to file an out-of-time informa pauperis application and motion for extension of time to file a brief for appellant and represents that:

(1) - I am an indigent pro se litigant incarcerated in the Pennsylvania prison system who cannot understand, read, write, or fluently speak English.

(2) - This motion is filed with the assistance of a fellow English speaking inmate.

(3) - On June 6, 2025, an administrative order issued directing Appellant to pay a federal filing fee or an application for leave to proceed in forma pauperis on or before June 20, 2025.

(4) - The clerk's office provided Appellant with a blank IFP application which required him to have the Accounting Department at SCI-Mahaony certify his current inmate account balance and provide a certified copy of his prison trust fund account for the past six months.

(5) - The Accounting Department at SCI-Mahanoy did not process Appellant's

request for certification of his prison account until after the June 20, 2025 deadline expired.

(6) - Appellant recently received the requested certification of his prison account and he is providing the requisite documents as an attachment to this request for leave to file an out-of-time IFP application.

(7) - The Appellant also requests an additional thirty to sixty days within which to file his appeal brief to allow more time to obtain a Spanish speaking attorney to represent him.


WHEREFORE, the Appellant prays this Honorable Court will GRANT his request for leave to file an out-of-time IFP application, and his request for an extension of time to file an appeal brief.

I ASK FOR THIS:

July 7, 2025

_Eugenio Hernandez_
Eugénio Andino-Hernandez, NE-6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931

Pro Se Appellant

IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


EUGENIO ANDINO-HERNANDEZ,                :
                                         :
                    APPELLANT            :
V.                                       :  C.A. NO. 25-2074
                                         :
                                         :
MS. MASON, ET AL,                        :
                                         :
                    APPELLEE             :


CERTIFICATE OF SERVICE


I, Eugenio Andino-Hernandez, certify this **7TH** day of July, 2025 that a true copy of the foregoing motion for leave to file an out-of-time IFP application and motion for an extension of time to file a brief for appellant was served on the Appellee by first class mail addressed to:


Pennsylvania Attorney General's Office
15th Floor, Strawberry Square
Harrisburg, PA 17120




_Eugenio Hernandez_
Eugenio Andino-Hernandez, NE-6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931

Pro Se Appellant

July 7, 2025

Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106



In Re: Eugenio Andino-Hernandez v. Mason, et al.
C.A. No. 25-2074

REQUEST TO FILE MOTIONS

Dear Clerk,

I am submitting an original motion for leave to file an out-of-time application for leave to proceed in forma pauperis, and motion for extension of time to file an appeal brief for filing in the above referenced case. Thank you for your attention to this matter.

Respectfully Submitted,

Eugenio Hernandez
Eugenio Andino-Hernandez, NE-6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931