UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2074

Andino-Hernandez v. Mason

To: Clerk

1) Motion by Appellant for Leave to File an Out of Time IFP Application and Motion for Extension of Time to File Brief

---

    The foregoing motion is considered. Appellant's motion for leave to file motion to proceed in forma pauperis with the accompanying documents out of time is granted with filing as of July 14, 2025. Appellant's motion for extension of time to file a brief is dismissed as unnecessary, it is noted that no briefing schedule has been issued by the Clerk to date, as such, no brief is due.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 22, 2025
Sb/cc: Eugenio Andino-Hernandez
       All Counsel of Record