United States Court of Appeals   August 10, 2025
Office of the Clerk
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790



In Re: Hernandez-Andino v. Mason
C.A. No. 25-2074

   REQUEST TO FILE MOTION FOR EXTENSION OF TIME

Dear Clerk,

    I am submitting a motion for extension of time to you for filing in the above-referenced case. Thank you for your attention to this matter.

Respectfully Submitted,

*Eugenio Hernandez*
Eugenio Hernandez-Andino, NE6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931

Pro Se Appellant

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C. A. NO. 25-2074

Andino-Hernandez v. Mason
(M.D. Pa. No. 3:21-CV-01570)

MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE SAID COURT:

COMES NOW, the Appellant, Eugenio Andino-Hernandez, pro se, and respectfully moves this Court to extend the deadline for Appellant to submit argument in support of his appeal by thirty (30) days, or until September 17, 2025. I am an incarcerated individual with very limited English and need additional time to prepare my argument. In addition, I am in the process of securing counsel for this appeal. This request is not intended to needlessly delay the proceedings and will not prejudice any party. I therefore respectfully request that this extension motion be granted.

I ASK FOR THIS:

*Eugenio Hernandez* (signature)
Eugenio Hernandez-Andino, NE-6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 179341

Pro Se Appellant

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C. A. NO. 25-2074

Andino-Hernandez v. Mason
(M.D. Pa. No. 3:21-CV-01570)

CERTIFICATE OF SERVICE

I, Eugenio Hernandez-Andino, certify this 10th day of August, 2025 that a true copy of the foregoing motion for extension of time was served on the Appellee by first class mail addressed to:

Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120


*Eugenio Hernandez*
Eugenio Hernande3z-Andino, NE6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931
Pro Se Appellant

Eugenio Hernandez-Andino, NE6500
SCI-Mahanoy
301 Grey Line Drive
Frackville, PA 17931



INMATE MAIL
PA DEPT. OF CORRECTIONS



HARRISBURG PA 171
12 AUG 2025 PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
08/12/2025 ZIP 17932
043M32207550
US POSTAGE

United States Court of Appeals
Office of the Clerk
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

19106-179099